## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

**04-20706**

IRA RUBIN,

        Plaintiff,

vs.

ACRUISE2GO, CORP., a Florida
Corporation.

        Defendant.

_____/

## COMPLAINT

PLAINTIFF, **IRA RUBIN**, by and through undersigned counsel sues the Defendants,

**ACRUISE2GO, a Florida Corporation** and as grounds therefore states the following:

1.      This is an action for infringement of copyright pursuant to Title 17, United States

Code.

2.      Jurisdiction is founded upon Title 28, United States Code.

3.      At all times material hereto Plaintiff, IRA RUBIN, was and is a professional

photographer.

4.      At all times material hereto, Defendant, ACRUISE2GO, was a Florida Corporation,

licensed to do and doing business in the state of Florida.

5.      Plaintiff, IRA RUBIN, as a professional photographer created the photographic image

attached hereto as Exhibit "A".

9.      The photographic image created by Plaintiff is a wholly original creative work and is

copyrightable subject matter under the laws of the United States.



1

10.     That since the creation of said photographic image, Plaintiff has been and still is the proprietor of all rights, title and interest in and to the copyrightable rights of said photographic image.

11.     That prior to the institution of this action, Plaintiff complied in all respects with Title 17, United States Code and all other laws governing copyright registration, by registering with the Registrar of Copyrights, Library of Congress and by complying with all statutory deposit requirements of Title 17, USC, 407. A copy of the Certificate of Registration Application and materials are attached hereto as Exhibit "B".

**COUNT I**
**COPYRIGHT INFRINGEMENT AGAINST**
**ACRUISE2GO, a Florida Corporation,**

Plaintiff readopts and realleges the above paragraphs as if fully set forth herein and further alleges:

12.     Defendant, ACRUISE2GO, a Florida Corporation, infringed upon Plaintiff's copyright rights by using Plaintiff's photographic image, identified above in this Complaint, and causing it to be published and placing on the market including the world wide web the photographic image without Plaintiff's consent. A copy of Defendant's infringing use is attached hereto as Exhibit "C".

WHEREFORE, Plaintiff demands:

(a).     That Defendant, its agents and servants, be enjoined during the pendancy of this action and permanently from infringing upon said copyright rights of Plaintiff in any matter and from further use of Plaintiff's photographic image.

(b).     That Defendant be required to pay to Plaintiff such damages as Plaintiff has sustained

2

in consequence of Defendant's infringement of said copyright including actual damages and to

account for and pay Plaintiff:

> All gains, profits and advantages derived by Defendant, in its infringement of Plaintiff's copyright or such damages as the Court may deem proper within the provisions of the copyright statutes.

(c). That Defendant be required to deliver up to be impounded during the pendancy of this

action all copies of materials in its possession or under its control and to deliver up for destruction all

infringing copies including digital copies.

(d). That Defendant be required to pay to Plaintiff the costs of this action and reasonable

attorney's fees to be allowed to the Plaintiff by this Court.

(e). That Plaintiff have such other and further relief as is just.

DATED this _25th_ day of _March_, 2004.

**JOHN B. OSTROW, P.A.**
Counsel for Plaintiff
44 West Flagler Street, Suite 1250
Miami, Florida 33130
Telephone:  (305) 358-1496
Facsimile:   (305) 371-7999

Stephen A. Ostrow, Esquire
Florida Bar Number: 182338

3

AA1.jpg 288x191 pixels



1/8/04 2:40 PM

http://www.bjsvacations.com/images/esctours/col/AA1.jpg



EXHIBIT

A

Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| VA | VAU |
|---|---|

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of This Work ▼  MT. McKINLEY  16-18-16

NATURE OF THIS WORK ▼ See Instructions  PHOTOGRAPH

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
COLLETTE TOURS - ALASKA & THE YUKON - DELUXE ESCORTED TOUR/CRUISES 1993

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼  PAGE 6

NAME OF AUTHOR ▼  IRA S RUBIN

DATES OF BIRTH AND DEATH
Year Born ▼ 1954   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of USA
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☒ Yes ☐ No
Pseudonymous? ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☒ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

Year in Which Creation of This Work Was Completed 1987   This information must be given in all cases.

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month NOV  Day 1  Year 1992
Nation USA

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
IRA S RUBIN
8435 SW 163 TER
MIAMI FL 33157

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

See instructions before completing this space.

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXHIBIT
B

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☒ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼           **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

IRA   S   RVBIN
8435  SW  163 TER
MIAMI   FL  33157

Area code and daytime telephone number  (305) 234-8476        Fax number  (815) 371-0442
Email   RVBIN @ USA.NET

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▷ ☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
IRA  S  RVBIN                                              Date  3/7/04

Handwritten signature (X) ▼
X   _Ira S. Rubi_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼   IRA  S  RVBIN

Number/Street/Apt ▼   8435  SW  163 TER

City/State/ZIP ▼   MIAMI   FL  33157

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ♻ Printed on recycled paper                                        U.S. Government Printing Office: 2003-496-605/60 021

# Alaska & the Yukon Northbound Tour Cruise

## 12 Days - Escorted tour ALN

*Vancouver • Inside Passage Cruise on the Nordic Prince • Skagway • Whitehorse • Dawson City • Fairbanks • McKinley Explorer Domed Rail • Denali National Park • Anchorage*

### 25 Meals: 10 Breakfasts, 3 Lunches, 9 Dinners, 3 Midnight Buffets



### Itinerary

**Day 1: Arrive Seattle**
Welcome to Seattle as you begin Collette's Alaska vacation! This tour will take you from the gold fields of Dawson in the Yukon Territory to the last great frontier, Alaska. Meals included **D**

**Day 2: Seattle - Vancouver**
Today you board your cruise ship, the NORDIC PRINCE, a ROYAL CARIBBEAN deluxe cruise liner. On board you will receive BREAKFAST, LUNCH, DINNER, MIDNIGHT BUFFET and NIGHTLY ENTERTAINMENT DAILY. From the time you step aboard, you will experience the ultimate in cruising luxury. The staff to passenger ratio on board the Nordic Prince is higher than any other ship's. The Nordic Prince is warm, intimate, and so romantic, that she is destined to tame the very heart of Alaska's vast wilderness. Meals included **B, D**

**Days 3 & 4: Inside Passage Cruising - Tracy Arm Fjord Cruising**
From the sparkling metropolis of Vancouver, British Columbia, you will sail north for two glorious days to the far reaches of the INSIDE PASSAGE, Alaska's magnificent marine highway. Along the way, you will have plenty of time to make new friends and to witness the breathtaking scenery. You will see icy waterfalls bursting over sheer cliffs, soaring bald eagles, leaping salmon, and killer whales cavorting in the Inside Passage's clear blue waters. You will also spend a full six hours sailing through Tracy Arm Fjord, a waterway lined with steep granite walls. Meals included **B, L, D**

**Day 5: Skagway - Whitehorse**
Today you awake to an awe-inspiring view of the LYNN CANAL. The town of SKAGWAY sits at the end of the canal. Here is where it all began - the mad rush to the KLONDIKE GOLD FIELDS to get rich quick. You may enjoy an optional train excursion aboard the White Pass and Yukon Narrow Gauge Railroad to Fraser, British Columbia. A picture stop will be made at EMERALD LAKE. You arrive in WHITEHORSE today for an overnight stay. Tonight you will enjoy the FRANTIC FOLLIES REVUE SHOW featuring "The Cremation of Sam McGee." Meals included **B, D**

**Day 6: Whitehorse - Dawson City**
Today you travel along the rugged Klondike Highway making picture stops along the mighty Yukon River. This afternoon you arrive in DAWSON CITY for a two night stay. This evening you may visit DIAMOND TOOTH GERTIE'S GAMBLING CASINO (optional). Meals included **B**

**Day 7: Dawson City**
This morning you will tour the BONANZA GOLD FIELDS, home of the 1898 Klondike Gold Rush. On your tour you will see that Dawson is still an active gold



MT. MCKINLEY DENALI NATIONAL PARK

6

ROYAL CARIBBEAN



## FedEx Express USA Airbill

Tracking Number: **8290 7316 6860**

Form ID **0215**

**1 From**
Date: 3/9/04
Sender's Name: IRA RUBIN
Phone: 305 234-8476
Company: RUBIN PHOTOGRAPHY
Address: 8435 SW 163RD TER
City: MIAMI   State: FL   ZIP: 33157

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: LIBRARY OF CONGRESS   Phone: 202 707-3000
Company: COPYRIGHT OFFICE
Address: 101 INDEPENDENCE AVE, S.E.
City: WASH   State: DC   ZIP: 20559-6000

Questions? Visit our Web site at fedex.com
or call 1-800-Go-FedEx (800)463-3339.

**4a Express Package Service**
[X] FedEx Standard Overnight

**4b Express Freight Service**

**5 Packaging**
[X] FedEx Envelope

**6 Special Handling**

**7 Payment**
[X] Sender

**8 Release Signature**

0189939050

---

**BankUnited**
801 SW 136TH STREET • MIAMI, FLORIDA 33146

DATE 3/9/04

PAY TO THE ORDER OF   REGISTER OF COPYRIGHTS   $ 30.00

THIRTY AND 00/100   DOLLARS

IRA S. RUBIN
SILVIA AZCARATE RUBIN
8435 SW 161ST ST.
MIAMI, FL 33157

0240

⑈ 0240 ⑈ 1:267050594: 00:60203000820⑈ 0240

MEMO





| | |
|---|---|
| Invoice Number | 1-864-53136 |
| Invoice Date: | Mar 16, 2004 |
| Account Number: | |
| Page: | 4 of 4 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off: Mar 08, 2004**     **Payor: Shipper**     **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 6.50% to this shipment.
- Distance Based Pricing, Zone 5
- 1st attempt Mar 10, 2004 at 10:04 AM.

| Tracking ID | 829073166860 |
|---|---|
| Service Type | FedEx Standard Overnight |
| Package Type | FedEx Envelope |
| Zone | 5 |
| Packages | 1 |
| Weight | 1.0 lbs, 0.5 kgs |
| Delivered | Mar 10, 2004 10:58 |
| Svc Area | A2 |
| Signed by | R.WALKER |
| FedEx Use | 089092210/00233/ |

**Sender**
IRA RUBIN
RUBIN PHOTOGRAPHY
8435 SW 163RD TER
MIAMI FL 33157-3684 US

**Recipient**
LIBRARY OF CONGRESS
COPYRIHGT OFFICE
101 INDEPENDENCE AVE S E
WASHINGTON DC 20559 US

| | |
|---|---|
| Transportation Charge | 15.20 |
| Discount | -4.20 |
| Fuel Surcharge | 0.71 |
| **Total Charge**   **USD $** | **11.85** |

**Shipment Detail Subtotal** .............................................. **USD $**   **11.65**

123411

Internet zone
lina C. Barcia, MCC
Certified Cruise



**Explorer   File   Edit   View   Go   Favorites   Tools   Window   Help**

Tours – aCruise2Go.com – Your inside track to...

00 25 54   Mon 6 49 AM

Address: http://www.acruise2go.com/tours.html

Back   Refresh   Home   AutoFill   Print   Mail

Home | Cruise Specials | Cruise Lines | Hot Deals | Tours | Articles | Contact | About | Beginner's

# aCruise2Go

*Your inside track to the best cruise and travel deals*

Home | Contact | Cruises | Vacations | The World | Activities and Interests | Tours | Packages

Collette Vacations ≫ USA ≫ Escorted: Voyage of the Glaciers 2003 (Northbound)

## Escorted: Voyage of the Glaciers 2003 (Northbound)







Register | Profile
**Send me a quote**
Email this page
No ratings yet
Add review

This 12-day
Collette tour
features an
unforgettable 7-
night cruise. The
unspoiled beauty
of Alaska reveals

majestic mountains, glacier filled bays and emerald forested islands. From aboard the cruise ship,
witness amazing feats of nature, such as the Hubbard Glacier, a six-mile wide glacier that rises up
to 300 feet above sea level. On land, experience the breathtaking Denali National Park where a
tundra wildlife tour may reveal grizzly bears, Dall sheep, moose and caribou. Visit Alaska's lively
cities of Anchorage and Juneau. Explore the Gold Rush history of Skagway, the Indian totem
poles of Ketchikan and more.

| General | | | |
|---|---|---|---|
| Itinerary | Day | Destination Description | Escorted: Yes |

EXHIBIT
C

go

Home | Contact | Cruises | Vacations | The World | Activities and Interests | Tours | Packages

**Collette Vacations** >> **USA** >> **Escorted: Voyage of the Glaciers 2003 (Northbound)**

# Escorted: Voyage of the Glaciers 2003 (Northbound)

Register | Profile
**Send me a quote**
Email this page
No ratings yet
Add review

  

This 12-day Collette tour features an unforgettable 7-night cruise. The unspoiled beauty of Alaska reveals majestic mountains, glacier filled bays and emerald forested islands. From aboard the cruise ship, witness amazing feats of nature, such as the Hubbard Glacier, a six-mile wide glacier that rises up to 300 feet above sea level. On land, experience the breathtaking Denali National Park where a tundra wildlife tour may reveal grizzly bears, Dall sheep, moose and caribou. Visit Alaska's lively cities of Anchorage and Juneau. Explore the Gold Rush history of Skagway, the Indian totem poles of Ketchikan and more.

**Call 800-837-9498 for more information or to book today! Mention code 1105370**

| General | 12 Days | | Escorted - Yes |
|---|---|---|---|

| Itinerary | Day | Destination | Description |
|---|---|---|---|
| | Day 1 | ◆ Seattle | Arrive Seattle, Washington - Renton: Experience the splendor of Alaska with Collette Vacations. A 7-night cruise through the Inside Passage and a stay in Denali National Park highlight your unforgettable tour. (D) |
| | Day 2 | ◆ Vancouver | Renton - Vancouver, B.C. - Board Cruise Ship: Arrive in the vibrant city of Vancouver, British Columbia, and enjoy a city tour that highlights Stanley Park, famous for its Indian totem poles, Bloedel Conservatory, Chinatown, and Gastown, home to the world-famous steam-powered clock. Later this afternoon you will board Royal Caribbean's amazing Legend of the Seas for your 7-night cruise through the Inside Passage. This magical ship features a health club, pool, casino, library, sports facilities, and a friendly, helpful staff. While on board, breakfast, lunch, dinner and nightly entertainment are included. (B, D) |
| | Day 3 | Cruising Inside Passage | Cruising - Inside Passage: Today you journey along the Inside Passage, an amazing stretch of land with immense natural beauty and a large inhabitance of wildlife. Take advantage of the many amenities of your ship or just relax and enjoy the sights. The views are awe-inspiring and the air is invigorating. (B, L, D) |
| | Day 4 | ◆ Ketchikan | Cruising - Ketchikan: Your port of call today is Ketchikan, home to the world's largest collection of totem poles. Located on the tranquil Revillagigedo Island, take some free time to |

Escorted: Voyage of the Glaciers 2003 (Northbound)                                          8/25/03 6:41 AM

| | | |
|---|---|---|
| | | visit Totem Bight Park or Saxman Indian Village for your chance to see these tremendous timbers being carved. (B, L, D) |
| Day 5 | ✪ Skagway | Cruising - Skagway: As you behold a stunning view of the Lynn Canal, your ship will arrive in the gold rush town of Skagway. Spend some time exploring the town of Klondike and take a walk down Broadway, a main street so authentic it is part of the Klondike Gold Rush National Historical Park. (B, L, D) |
| Day 6 | ✪ Juneau | Cruising - Juneau: Today you arrive in Alaska's lively capital, the beautiful city of Juneau. You may choose to disembark your ship for self-exploration of this magnificent area and see Alaska's oldest Russian Orthodox Church, St. Nicolas, or visit the fascinating Alaska State Museum. (B, L, D) |
| Day 7 | ✪ Sitka | Cruising - Sitka: Today you arrive amidst the dramatic landscape of Sitka - Alaska's first capital and home of the historic Russian fur trade empire. Sample some of the Russian flavor or experience the culture of the Tlingit Indian nation, home to some of Alaska's most ornate totem poles. (B, L, D) |
| Day 8 | Cruising Hubbard Glacier | Cruising - Hubbard Glacier: Sure to be a highlight of this incredible vacation, you cruise past the mammoth Hubbard Glacier. It is a day filled with amazing natural sights that are sure to leave you awe-struck. (B, L, D) |
| Day 9 | ✪ Seward | Seward - Disembark Cruise - Denali National Park: Even though your cruise comes to an end in Seward, there is still much sightseeing planned for the remainder of your vacation! Drive along the spectacular Turnagain Arm and stop at the Mt. McKinley Overlook before arriving at your home for the next two nights, Denali National Park. (B) |
| Day 10 | Denali National Park | Denali National Park: Meet up with a park expert and embark on an early morning Tundra Wildlife Tour. With a little luck, you will spot some of the animals Alaska is famous for, including grizzly bears, dall sheep, moose, wolves, fox and caribou. On a clear day, you will have an incredible view of Mt. McKinley, North America's highest mountain. With an afternoon of leisure, perhaps you will take a relaxing nature walk or an optional flightseeing tour over the park, weather permitting. (B, L) |
| Day 11 | ✪ Anchorage | Denali - Anchorage: Journey into Alaska's vast interior and arrive in Anchorage, the state's largest city. A tour will highlight the downtown business district and the Captain Cook Monument. |
| Day 12 | Return Home | Anchorage - Depart for Home: Depart Anchorage and head home with many pleasant memories of your vacation to the last of the great frontiers, Alaska! |

**Dates/Pricing**    Click Quote or call 800-837-9498 to get additional information on your chosen travel date. Special offers or competitive pricing may be available!

Escorted  Voyage of the Glaciers 2003 (Northbound)

8/25/03 6:41 AM

| Date | Description | Price From | Quote |
|------|-------------|------------|-------|
| Anytime | Contact us for details | | QUOTE |

**Lodging**

Holiday Inn Select
Legend of the Seas
McKinley Village Lodge
Holiday Inn

**Dining**

| Total meals - 24 | Lunches - 7 |
|---|---|
| Breakfasts - 9 | Dinners - 8 |

**Cultural/Educational**   History

**Disclaimer**   The rates above are land only, per person and in U.S. dollars.

Home | Contact | Cruises | Vacations | The World | Activities and Interests | Tours | Packages

**Collette Vacations** ≫ **USA** ≫ **Escorted: Voyage of the Glaciers 2003 (Southbound)**

# Escorted: Voyage of the Glaciers 2003 (Southbound)

Register | Profile
**Send me a quote**
Email this page
No ratings yet
Add review

  

Come with us and

experience the exciting splendor of Alaska on this incredible journey that includes a stay in Denali National Park, and a magnificent 7-night cruise through the Inside Passage. Your adventure begins in Anchorage, where you'll see the city highlights, and then be on your way for a 2-night stay in Denali National Park, with its views of Mt. McKinley and incredible wildlife. A naturalist will guide you on a search for moose, grizzlies, and caribou. In Seward, you'll board Royal Caribbean's Legend of the Seas, a luxury cruise ship with more glass than any other ship afloat - and fabulous amenities. You'll cruise past Hubbard Glacier, amazing natural beauty, forested islands, enjoying the brilliant Alaskan sky, with stops at Juneau, Skagway, Sitka and Ketchikan. On-shore visits will include historic settings of the Klondike Gold Rush and the Russian fur trade empire, as well as exotic totem pole carvings and Indian villages. You'll end your cruise in vibrant Vancouver, with a tour of its delightful historic sights.

**Call 800-837-9498 for more information or to book today! Mention code 1105374**

| General | | | |
|---|---|---|---|
| | 12 Days | | Escorted - Yes |

| Itinerary | Day | Destination | Description |
|---|---|---|---|
| | Day 1 | ✪ Anchorage | Arrive Anchorage, Alaska: Experience the splendor of Alaska with Collette Vacations. A stay in Denali National Park and a 7-night cruise through the Inside Passage highlight this tour. |
| | Day 2 | Denali National Park | Anchorage - Denali National Park: A tour of Anchorage will highlight the downtown business district and the Captain Cook Monument. Continue north into spectacular Denali National Park, stopping at Mt. McKinley Overlook en route. With an afternoon of leisure, perhaps you will take a relaxing nature walk or an optional flightseeing tour over the park, weather permitting. (B) |
| | Day 3 | Denali National Park | Denali National Park: Your day begins with a special Tundra Wildlife Tour of Denali. Join a local naturalist guide as you search for the wildlife that Alaska is famous for: moose, grizzly bears, dall sheep, wolves, fox and caribou. On a clear day, you will have an incredible view of Mt. McKinley, North America's highest mountain. The remainder of your afternoon is at leisure to enjoy the park or you may wish to purchase an optional nine-mile rafting trip down the Nenana River. (B, L) |
| | Day 4 | ✪ Seward | Denali - Seward - Board Cruise Ship: After a drive along the scenic Turnagain Arm, you will arrive in the port of Seward, the starting point for your 7-night cruise. Your magnificent ship, Royal Caribbean's Legend of the Seas, features a health club, pool, casino, library, sports facilities and a friendly, helpful staff. While on board, breakfast, lunch, dinner and nightly entertainment are included. (D) |
| | Day 5 | Cruising Hubbard Glacier | Cruising - Hubbard Glacier: Sure to be a highlight of this incredible vacation, you cruise past the mammoth Hubbard Glacier. It is a day filled with amazing natural sights that are |

Escorted: Voyage of the Glaciers 2003 (Southbound)

8/25/03 6:40 AM

| | | |
|---|---|---|
| | | sure to leave you awe-struck. (B, L, D) |
| Day 6 | ✿ Juneau | Cruising - Juneau: Today you arrive in Alaska's lively capital, the beautiful city of Juneau. You may choose to disembark your ship for self-exploration of this magnificent area to see Alaska's oldest Russian Orthodox church, St. Nicolas, or visit the fascinating Alaska State Museum. (B, L, D) |
| Day 7 | ✿ Skagway | Cruising - Skagway: As you behold a stunning view of the Lynn Canal, your ship will arrive in the gold rush town of Skagway. Spend some time exploring the town of Klondike and take a walk down Broadway, a main street so authentic it is part of the Klondike Gold Rush National Historical Park. (B, L, D) |
| Day 8 | ✿ Sitka | Cruising - Sitka: Today you arrive amidst the dramatic landscape of Sitka - Alaska's first capital and home of the historic Russian fur trade empire. Sample some of the Russian flavor or experience the culture of the Tlingit Indian nation, home to some of Alaska's most ornate totem poles. (B, L, D) |
| Day 9 | ✿ Misty Fjords | Cruising - Ketchikan/Misty Fjords: Today's port of call is Ketchikan, home to the world's largest collection of totem poles. Located on the tranquil Revillagigedo Island, take some free time to visit Totem Bight Park or Saxman Indian Village for your chance to see these tremendous timbers being carved. (B, L, D) |
| Day 10 | Cruising Inside Passage | Cruising - Inside Passage: Today you journey along the Inside Passage, an amazing stretch of land with immense natural beauty and a large inhabitance of wildlife. Take advantage of the many amenities of your ship or just relax and enjoy the sights. The views are awe-inspiring; the air is invigorating. (B, L, D) |
| Day 11 | Renton | Vancouver, B.C. - Disembark Cruise - Renton, WA: Your cruise ends in the vibrant city of Vancouver. A city tour features Stanley Park, famous for its Indian totem poles, Bloedel Conservatory, Chinatown, and Gastown, home to the world-famous steam-powered clock. Then you board your coach for your trip to Renton. (B, D) |
| Day 12 | Return Home | Renton - Seattle - Depart for Home: Transfer to Seattle for your flight home with many pleasant memories of your vacation to the last of the great frontiers, Alaska! |

**Dates/Pricing**  Click Quote or call 800-837-9498 to get additional information on your chosen travel date. Special offers or competitive pricing may be available!

| Date | Description | Price From | Quote |
|---|---|---|---|
| Anytime | Contact us for details | | QUOTE |

**Lodging**
Holiday Inn Select
Legend of the Seas
McKinley Village Lodge
Holiday Inn

**Dining**
Total meals - 24          Lunches - 7
Breakfasts - 9            Dinners - 8

**Disclaimer**  The rates above are land only, per person and in U.S. dollars.

# CIVIL COVER SHEET

04-20706

CIV-GRAHAM

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of the Court for the purpose of initiating the civil docket sheet.

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Ira Rubin | ACruise2go, Corp., A Florida Corporation |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT |
|---|---|
| Miami Dade County | Miami-Dade County |

**(c) ATTORNEYS (FIRM NAME ADDRESS AND TELEPHONE NUMBER)**
John B. Ostrow, P.A.
44 West Flagler Street, Suite 1250
Miami, FL 33130
Telephone: 305-358-1496
Facsimile: 305-371-7999

**ATTORNEYS (IF KNOWN)**

CIV-GRAHAM

Dade CV-20706 DLG/BNC

**(d) CIRCLE COUNTY WHERE ACTION AROSE:**
MIAMI-DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION

- ☐ U.S. Government Plaintiff
- ☒ Federal Question (U.S. Government Not a Party)
- ☐ U.S. Government Defendant
- ☐ Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ | ☐ | Incorporated or Principal Place of Business in this State | ☐ | ☐ |
| Citizen of Another State | ☐ | ☐ | Incorporated and Principal Place of Business in Another State | ☐ | ☐ |
| Citizen or Subject of a Foreign Country | ☐ | ☐ | Foreign Nation | ☐ | ☐ |

## IV. ORIGIN

- ☒ Original
- ☐ Removed from
- ☐ Remanded from
- ☐ Reinstated or
- ☐ Transferred from another district
- ☐ Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT

### A CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- B☐ 152 Recovery of Defaulted Student Loans Excl. Veterans
- B☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

### A REAL PROPERTY
- ☐ 210 Land Condemnation
- B☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### A TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury – Med. Malpractice
- ☐ 365 Personal Injury – Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### A CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

### FORFEITURE/PENALTY
- B☐ 610 Agriculture
- B☐ 620 Other Food & Drug
- B☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

### A LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- A☐ 791 Empl. Ret. Inc. Security Act

### PRISONER PETITIONS
- B☐ 510 Motions to Vacate Sentence

**HABEAS CORPUS:**
- B☐ 530 General
- B☐ 535 Death Penalty
- B☐ 540 Mandamus & Other
- B☐ 550 Civil Rights
- B☐ 555 Prison Condition

### A BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### A PROPERTY RIGHTS
- ☒ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### B SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- A☐ 870 Taxes (U.S. Plaintiff or Defendant)
- A☐ 871 IRS – Third Party 26 USC 7609

### A OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- B☐ 450 Commerce/ICC Rates/etc
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions A OR B

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not Cite Jurisdictional Statutes unless Diversity)

17 USC 407   Copyright Infringment

Length of Trial
Via _____ days for both sides to try entire case

## VII. REQUESTED IN COMPLAINT:
- ☐ CLASS ACTION Under F.R.C.P. 23
- DEMAND $
- JURY DEMAND ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
Judge _____   Docket Number _____

Date: 3/25/04   Signature of Attorney of Record _____

**FOR OFFICE USE ONLY**

Receipt # _____   Amount $100.00   Applying IFP 898854   Judge _____   Mag. Judge _____
03/25/04